```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JHONEL ANTONIO ESTEVEZ FERNANDEZ,

                Plaintiff,

-against-

COWAN SYSTEMS LLC, et al.,

                Defendants.

24-CV-09730 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    Plaintiff Jhonel Antonio Estevez Fernandez currently has two attorneys on the docket in this matter: (1) David S. Levy; and (2) Scott Rynecki. Both Counsel filed a notice of appearance. Dkt. Nos. 9 & 13. Neither filed a notice of limited-scope appearance, nor did either file a motion to withdraw as counsel. On September 12, 2025, Defendants' counsel submitted a letter informing the Court of a potential fraud on both Defendants and the Court. Dkt. No. 14. Additionally, the September 12 letter informed the Court that both of Plaintiff's attorneys of record, Mr. Levy and Mr. Rynecki, represented to Defendants' counsel that they no longer represent Plaintiff. Mr. Levy also included a letter (attached as Exhibit 1) purporting to inform the Court that he no longer represents Plaintiff and had received a substitution letter from Mr. Rynecki's law firm. *See* Dkt. No. 14-1.

    Local Civil Rule 1.4(b) provides that "[e]xcept where an attorney has filed a notice of limited-scope appearance. . ., an attorney who has appeared for a party may be relieved or displaced *only by order of the court*." (emphasis added). The Rule also specifies that "*a motion to withdraw is **required*** whenever an attorney seeks to be relieved." *Id.* (emphasis added). Prior counsel may not be relieved or displaced solely because new counsel has appeared. The Court has not issued an order granting either Mr. Levy or Mr. Rynecki leave to withdraw in this matter. Nor has the Court received any motions seeking leave to withdraw as counsel for Plaintiff. Accordingly, both Mr. Levy and Mr. Rynecki remain counsel of record for Plaintiff Fernandez.

    Because both Counsel seemingly wish to withdraw from this matter, however, it is hereby ORDERED that—should either Counsel seek to withdraw from this matter—they must move to withdraw in accordance with Local Civil Rule 1.4 and Model Rule of Professional Conduct 1.16(d) on or before **Wednesday, September 24, 2025**. The Court will address the allegations of fraud raised in Defendants' counsel's letter after that date.

Dated: September 17, 2025
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge